IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE MADDEN                                                                                          PLAINTIFF
ADC #136534

V.                                         NO: 5:09CV00175 JMM

ARKANSAS DEPARTMENT
OF CORRECTION                                                                                    DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE